1 Raye Mitchell (SBN 172664)
Attorney at Law
2 1300 Clay Street Suite 600
3 Oakland, CA 94612
510.836.2097 (ph)/510.380.6531 (fax)
4 Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Bernard Mitchell, an individual, S. Mitchell, Trustee of the BSM Living Trust<br><br>Plaintiff,<br><br>vs.<br><br>ONEWEST Bank, FSB, Deutsche Bank National Trust Company, Does 1-10<br><br>Defendants. | Civil Case No C10-04207 JSW ADR<br><br>[PROPOSED] ORDER ON ~~EX PARTE APPLICATION AND~~ STIPULATION TO RESCHEDULE HEARING DATE. |
|---|---|

## ORDER

The Parties submit an *Ex Parte* Application and Stipulation to Reschedule Hearing Date as to Defendants' Motion to Dismiss now set for February 11, 2011. Said application is based on the unavailability of Plaintiffs' counsel to prepare a timely opposition due to a health challenge which requires medical attention and absence from work.

**Now Therefore GOOD CAUSING APPEARING**, the *Ex Parte* Application and Stipulation to Reschedule Hearing is GRANTED. The hearing on Defendants' Motion to Dismiss now set for February 11, 2011, 9:00 a.m. at 9:00 a.m. in Courtroom 2 is now rescheduled to:

Date: ~~February 25, 2011~~ March 4, 2011
Time: 9:00 a.m.
Courtroom: 2

---

**Ex Parte Application and Stipulation 1**            1300 Clay Street Suite 600/Oakland, CA 94612

The Parties shall comply with the Civil Local Rules as to the filing of oppositions and reply memorandum based on the above rescheduled hearing date.

**IT IS ORDERED.**

Dated: January 24, 2011

_____
Hon. Jeffrey S. White
Judge, United States District Court