**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD MITCHELL, an individual, S. MITCHELL, Trustee of the BSM Living Trust,<br><br>    Plaintiff,<br><br>  v.<br><br>ONEWEST BANK, FSB, DEUTSCHE BANK NATIONAL TRUST COMPANY, DOES 1-10,<br><br>    Defendants.<br>_____ / | No. C 10-04207 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE RE MOTION TO AMEND OR MODIFY ORDER AND RELIEF FROM JUDGMENT** |

    This matter is set for a hearing on May 27, 2011 on Plaintiff's motion to amend or modify order and relief from judgment. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than March 15, 2011 and a reply brief shall be filed by no later than March 22, 2011.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: February 28, 2011

                                                        JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE