United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD MITCHELL,

    Plaintiff,

v.

ONEWEST BANK, FSB, et al.,

    Defendants.
    _____/

No. C 10-04207 JSW

**ORDER CONTINUING HEARING**

The Court HEREBY CONTINUES the hearing on Defendants' motion to expunge *lis pendens* (Docket No. 44) from January 18, 2013 at 9:00 a.m. to March 8, 2013 at 9:00 a.m., so that it may be heard in connection with the pending motions in the related case *Mitchell v. Regional Trustee Services, Co.*, 12-CV-05547-JSW.

The Court HEREBY ADVISES the parties that it intends to address all pending matters on March 8, 2013, and therefore shall not look favorably on a request to continue the new hearing date. If, however, it finds the motion suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: December 12, 2012

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE