**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   BERNARD MITCHELL,                          No. C 10-04207 JSW

10             Plaintiff,

11   v.                                          **ORDER CONTINUING HEARING**

12   ONEWEST BANK, FSB, et al.,

13             Defendants.

_____/

14

15        The Court HEREBY CONTINUES the hearing on Defendants' motion to expunge *lis*

16   *pendens* (Docket No. 44) from January 18, 2013 at 9:00 a.m. to March 8, 2013 at 9:00 a.m., so

17   that it may be heard in connection with the pending motions in the related case *Mitchell v.*

18   *Regional Trustee Services, Co.*, 12-CV-05547-JSW.

19        The Court HEREBY ADVISES the parties that it intends to address all pending matters

20   on March 8, 2013, and therefore shall not look favorably on a request to continue the new

21   hearing date.  If, however, it finds the motion suitable for disposition without oral argument, it

22   shall notify the parties in advance of the hearing date.

23        **IT IS SO ORDERED.**

24   Dated: December 12, 2012                    _____
                                                 JEFFREY S. WHITE
25                                               UNITED STATES DISTRICT JUDGE

26

27

28